FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-880 JB |
| ) | |
| vs. ) | 18 U.S.C. § 2422(b): Attempted Coercion |
| ) | and Enticement of a Minor. |
| **NOAH JOHN CARNEY**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

From on or about July 1, 2024, and continuing to on or about August 31, 2024, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **NOAH JOHN CARNEY**, using any facility of interstate and foreign commerce, attempted to knowingly persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2422, the defendant, **NOAH JOHN CARNEY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428: any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation, including, but not limited to, a black Samsung Galaxy cell phone bearing IMEI 355458541763364.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney